

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Theresa Nicole Ferguson

Case No.: 16-18626
Chapter 13

DEBTOR(S)

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series IV Trust, by
SN Servicing Corporation, Servicing Agent
   MOVANT
    vs.
Theresa Nicole Ferguson

   RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
### 1001 MARCY AVENUE UNIT# A 201, OXON HILL, MD 20745

  Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, by SN Servicing Corporation, Servicing Agent, or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 1001 Marcy Avenue Unit# A 201, Oxon Hill, MD 20745 and allow the successful purchaser thereof to obtain possession of same.

cc:  Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

Theresa Nicole Ferguson
1001 Marcy Avenue Unit# A 201
Oxon Hill, MD 20745

and respondent(s)' counsel:	Timothy P. Branigan, Trustee
Pro Se	9891 Broken Land Parkway Suite 301
	Columbia, MD 21046

**End of Order**